# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

GARY BEARD

VERSUS

LOUISIANA BUSINESS, INC.
D/B/A BATON ROUGE BUSINESS
REPORT, DWIGHT HUDSON, MATT
WATSON

NO. 2021 CW 1604

**JULY 8, 2022**

---

In Re:    Dwight Hudson and Matt Watson, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 688101.

---

**BEFORE:    McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT GRANTED WITH ORDER.** On *de novo* review, we conclude the district court erred as a matter of law in denying the special motion to strike filed by defendants, Dwight Hudson and Matt Watson. Defendants established that their comments were made in the exercise of their right of free speech in connection with a public issue, namely, the expenditure of public funds by the Mosquito Abatement and Rodent Control District. *Cf.* **Lacerte v. State,** 2019-1401 (La. App. 1st Cir. 1/4/21), 317 So.3d 763, writ denied, 2021-00193 (La. 3/23/21), 313 So.3d 272. The burden shifted to plaintiff, who failed to establish a probability of success on the claims against defendants. Accordingly, the June 3, 2021 judgment is hereby reversed, the special motion to strike filed by Dwight Hudson and Matt Watson is granted, and plaintiff's claims filed against defendants, Dwight Hudson and Matt Watson, are dismissed. The matter is remanded to the district court for an award of reasonable attorney fees and costs to the prevailing parties pursuant to La. Code Civ. P. art. 971(B).

**PMc**
**JEW**
**MRT**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT